## INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __10/17/11__

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) __0__ and defendant(s) __0__

3. Number of depositions by plaintiff(s) of: parties __3__ non-parties __TBD__

4. Number of depositions by defendant(s) of: parties __1__ non-parties __TBD__

5. Date for completion of factual discovery: __4/17/12__

6. Number of expert witnesses of plaintiff(s): __0__ medical __0__ non-medical
   Date for expert report(s): __N/A__

7. Number of expert witnesses of defendant(s): __0__ medical __0__ non-medical
   Date for expert report(s): __N/A__

8. Date for completion of expert discovery: __N/A__

9. Time for amendment of the pleadings by plaintiff(s) __12/5/11__
   or by defendant(s) _____

10. Number of proposed additional parties to be joined by plaintiff(s) __TBD__ and by defendant(s) __0__ and time for completion of joinder: __12/5/11__

11. Types of contemplated dispositive motions: plaintiff(s): __TBD__
    defendant(s): __Summary judgment__

12. Dates for filing contemplated dispositive motions: plaintiff(s): _____
    defendant(s): __60 days after close of discovery__

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference.

15. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___ No _✓_

---

* The fillable consent form may be found at http://www.nyed.uscourts.gov/General_Information/Court_Forms/court_forms.html and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.